# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS FUENTES, | |
| Plaintiff, | 8:20CV190 |
| vs. | |
| MB RAILWAY SERVICES, LLC, An Indiana Corporation; and UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation; | ORDER |
| Defendants. | |

IT IS ORDERED that the unopposed Motion for Substitution of Counsel filed by William Kvas as counsel of record for Plaintiff, Thomas Fuentes (Filing No. 132) is granted and that Randal W. LeNeave be substituted as attorney of record, in the place and in the stead of William Kvas.

IT IS FURTHER ORDERED that William Kvas shall no longer receive electronic notice in this case and all further electronic notices shall be directed to Randal W. LeNeave, Hunegs, LeNeave & Kvas, P.A., 1000 Twelve Oaks Center Drive, Suite 100, Wayzata, MN 55391, rleneave@hlklaw.com.

Dated this 31st day of August, 2021.

BY THE COURT

Michael D. Nelson
United States Magistrate Court Judge